(INND Rev. 8/16)                                                                                    page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. UNDERLINE print in ink (or type) your answers.]*

Bobbie Rottelle, Bruce Rottelle ,
*[You are the PLAINTIFF, print your full name on this line.]*

v.

Kyle Moore ,
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

**-FILED-**
MAR 15 2021
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number ___3:21-cv-185___
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Kyle Moore | Indiana State Prison 201 Woodlawn Ave michigan city IN 46360 |
| 2 | *[Put the names of any other defendants in these boxes.]* | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? ___1___

2. What is the name and address of your prison or jail? michigan city Prison
201 Woodlawn Ave     michigan city IN 46360

3. Did the event you are suing about happen there? ☑Yes.  ◯ No, it happened at: _____
_____

4. On what date did this event occur? Two months Ago.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Lied To Me, about CTP, Lied to the court about Any and All write ups, I Had Heart Surgeon and could not take any and All Heart med's, I was sick! So the court believe I use drug/ when I Don't!

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 8/16)

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ⊙ Other: _Puting IN Pager work for C.T.P_

6. Have you ever sued anyone for this exact same event?
   ✓ No.
   ○ Yes, attached is a copy of the final judgment <u>OR</u> an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event did not happen in a prison or jail.
   ✓ No, this event is not grievable at the prison or jail where it occurred.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _Prison_

   _Refuse To Let me have a grievable!_

   _____

   _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [*NOTE: A case filed on this form will not overturn your conviction or change your release date.*]

   _I want prison time for defendant, To go to Prison!_

   _____

   _____

   _____

   _____

   [*Initial Each Statement*]
   _SR_   I will pre-pay the filing fee <u>OR</u> file a prisoner motion to proceed in forma pauperis.
   _SR_   I will keep a copy of this complaint for my records.
   _SR_   I will promptly notify the court of any change of address.
   _SR_   I declare <u>**under penalty of perjury**</u> that the statements in this complaint are true.

   I placed this complaint in the prison mail system on _3_ /_1 o_ /20_21_ at _12:30_ am/pm.
   [*Do not fill in this date and time until you give the complaint to prison officials to send to the court.*]

   _Bruce Rottelle_                              _973352_
   Signature                                     Prisoner Number

   [*<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.*]