# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BRUCE CHIP RETTELLE
*also known as*
Bruce Rettelle

        Plaintiff

  v.

                                                Civil Action No.  3:21-cv-185

KYLE MOORE

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

  ___  the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

  ___   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

  _X_  Other:  <u>This case is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).</u>

This action was (*check one*):

  ___  tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

  ___  tried by Judge _____ without a jury and the above decision was reached.

  _X_  decided by Judge Damon R. Leichty.

DATE: 5/10/2021                          ROBERT N. TRGOVICH, CLERK OF COURT

                                                                  by   s/ B. Scheumann_____
                                                                    *Signature of Clerk or Deputy Clerk*